No. 6257.—RODRÍGUEZ VDA. MATIENZO, aplda., v. RAMOS COBIÁN, ET AL., apltes.—C. D. San Juan. ▮▮▮▮▮▮—Febrero 6, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, y apareciendo que el apelante ha cumplido sustancialmente con los requisitos de la sección 12 de la Ley de Desahucio, ya que puede entenderse que el dinero fué depositado finalmente para los fines de este pleito, no ha lugar a la desestimación solicitada.

No. 6216.—NATIONAL SURETY Co., aplda., v. SUÁREZ, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮ Marzo 7, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden con la sola asistencia de la parte promovente, examinadas la exposición del caso mencionada en la segunda de dichas mociones y en la resolución de esta corte fechada enero 19, 1933, se desestima por no haberse perfeccionado en tiempo y forma la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en fecha que no consta en la dicha exposición del caso, único documento radicado por el demandado apelante en la secretaría de esta corte.

No. 6181.—MALDONADO, aplte., v. COMISIÓN INDUSTRIAL DE PUERTO RICO, aplda.—C. D. San Juan. ▮▮▮▮▮▮ Marzo 7, 1933.

No siendo apelable la decisión dictada en este caso por la Corte de Distrito de San Juan contra la cual se recurre ante nosotros, según la Ley No. 85 sobre accidentes del trabajo de 1928 sección 15, se desestima el presente recurso de apelación.